IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:07-cr-00073-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHARLES MARTINEZ,

       Defendant.

---

## ORDER

---

Upon review of this matter, the Government *shall*, **on or before June 9, 2010**, file a response to the following motions filed in this matter:

- Doc 23 filed June 29, 2009 - Motion for Return of Property
- Doc 27 filed August 25, 2009 - Amendment to Motion for Return of Property
- Doc 29 filed September 28, 2009 - Motion for Downward Departure
- Doc 30 filed September 28, 2009 - Motion to Correct Judgment
- Doc 32 filed December 4, 2009 - Motion for Adjudication of Defendant's Motion

BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED: May 26, 2010