**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 07-cr-00073-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     CHARLES MARTINEZ,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Upon Government's Response to Defendant's Motion to Show Cause (Doc 43), the parties are directed to file status reports every 20 days regarding the issues in the Defendant's Motion to Show Cause.

Dated: November 9, 2010